# EXHIBIT 1

**Exhibit 1** **(The Enterprise)**

***Defendants in bold**

