**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| THE POLLY HAGEE INSURANCE TRUST, THE GERALD D. HAGEE INSURANCE TRUST, and THE GREGORY TODD LAWLEY IRREVOCABLE LIFE INSURANCE TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN GATE PRIVATE EQUITY, INC., NASSAU FINANCIAL GROUP, L.P., and NASSAU INSURANCE GROUP HOLDINGS, L.P.,<br><br>Defendants. | CIVIL ACTION NO. 3:26-cv-01674-SVN<br><br>NOVEMBER 25, 2026 |

**JOINT MOTION FOR ENTRY OF STIPULATION**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Plaintiffs The Polly Hagee Insurance Trust, The Gerald D. Hagee Insurance Trust, and The Gregory Todd Lawley Irrevocable Life Insurance Trust (collectively, "Plaintiffs"), and Defendants Golden Gate Private Equity, Inc. ("Golden Gate"), Nassau Financial Group, L.P. ("NFG"), and Nassau Insurance Group Holdings, L.P. ("NIGH") (collectively, "Defendants") (together with Plaintiffs, the "Parties"), through their undersigned counsel, respectfully request that the Court enter the proposed Stipulation to address upcoming briefing deadlines in connection with Defendants' responsive pleadings to Plaintiffs' Complaint, which is attached hereto as Exhibit 1.

The Parties have worked diligently and collaboratively among themselves to propose a modest modification of the existing deadlines to plead to Plaintiffs' Complaint.

Accordingly, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), the Parties respectfully ask the Court to enter the attached Stipulation as an Order of the Court.

Dated: November 25, 2026

**COZEN O'CONNOR**

By: /s/ Jonathan M. Ciriello
Jonathan M. Ciriello (Conn. Bar. No. 31551)
Michael J. Miller (*pro hac vice*)
Gregory J. Star (*pro hac vice*)
Stephen A. Miller (*pro hac vice*)
Nicolas A. Novy (*pro hac vice*)

1650 Market Street, Suite 2800
Philadelphia, PA 19103
215-665-2000 (phone)
jciriello@cozen.com
mjmiller@cozen.com
gstar@cozen.com
samiller@cozen.com
nnovy@cozen.com

Karen D. Williams (*pro hac vice*)
Samantha R. Stratford (*pro hac vice*)
Joseph Simpson (*pro hac vice*)
2001 M Street NW, Suite 500
Washington, DC 20036
202-918-4200 (phone)
kwilliams@cozen.com
sstratford@cozen.com
josephsimpson@cozen.com

*Attorneys for Plaintiffs*

**NATALE & WOLINETZ**

By: /s/ James G. Green, Jr.
James G. Green, Jr. (Conn Bar No. 05961)
David W. Case (Conn. Bar No. 25895)
116 Oak Street
Glastonbury, CT 06033
Telephone: (860) 430-1802
Fax: (860) 430-1809
Email: jgreen@natalelawfirm.com
Email: dcase@natalelawfirm.com

*Attorneys for Nassau Financial Group, L.P. and Nassau Insurance Group Holdings, L.P.*

**McDowell Hetherington LLP**

Thomas F.A. Hetherington (*pro hac vice* forthcoming)
Jarrett E. Ganer (*pro hac vice* forthcoming)
Randy J. Duncan (*pro hac vice* forthcoming)
1001 Fannin Street, Suite 2400
Houston, TX 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
Email: tom.hetherington@mhllp.com
Email: jarrett.ganer@mhllp.com
Email: randy.duncan@mhllp.com

*Attorneys for Defendants Nassau Financial Group, L.P. and Nassau Insurance Group Holdings, L.P.*

**HURWITZ SAGARIN & SLOSSBERG, LLC**

By: /s/ David A. Slossberg
David A. Slossberg [ct13116]
Erica O. Nolan [ct31097]
135 Broad Street
Milford, CT 06460
Tel: 203-877-8000
dslossberg@hss.law
enolan@hss.law

*Attorneys for Defendant Golden Gate Private Equity, Inc.*

**Kobre & Kim LLP**

Danielle L. Rose (*pro hac vice* forthcoming)
Adam M. Lavine (*pro hac vice* forthcoming)
800 Third Avenue
New York, NY 10022
Telephone: (212) 488-1200
Email: danielle.rose@kobrekim.com
Email: adam.lavine@kobrekim.com

*Attorneys for Defendant Golden Gate Private Equity, Inc.*

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| THE POLLY HAGEE INSURANCE TRUST, THE GERALD D. HAGEE INSURANCE TRUST, and THE GREGORY TODD LAWLEY IRREVOCABLE LIFE INSURANCE TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN GATE PRIVATE EQUITY, INC., NASSAU FINANCIAL GROUP, L.P., and NASSAU INSURANCE GROUP HOLDINGS, L.P.,<br><br>Defendants. | CIVIL ACTION NO. 3:26-cv-01674-SVN<br><br>NOVEMBER 25, 2026 |

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE**

Plaintiffs The Polly Hagee Insurance Trust, The Gerald D. Hagee Insurance Trust, and The Gregory Todd Lawley Irrevocable Life Insurance Trust (collectively, "Plaintiffs"), and Defendants Golden Gate Private Equity, Inc. ("Golden Gate"), Nassau Financial Group, L.P. ("NFG"), and Nassau Insurance Group Holdings, L.P. ("NIGH") (collectively, "Defendants") (together with Plaintiffs, the "Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS Plaintiffs filed their complaint (the "Complaint") on September 25, 2026 (Dkt. No. 1);

WHEREAS Defendants executed waivers of service to the Complaint (Dkt. Nos. 36, 37, 39);

WHEREAS absent this stipulation, Defendants NFG and NIGH currently have until November 30, 2026 to answer, move, or otherwise respond to the Complaint;

WHEREAS absent this stipulation, Defendant Golden Gate currently has until December 4, 2026 to answer, move, or otherwise respond to the Complaint;

WHEREAS in light of the Thanksgiving holiday and certain other conflicts, the current time limitations cannot be reasonably met despite the diligence of Defendants;

WHEREAS Defendants have not previously moved to extend the deadline to respond to the Complaint,

WHEREAS the Parties have conferred and agreed to extend the time for all Defendants to answer, move or otherwise respond to the Complaint and agreed upon a briefing schedule for any motions to dismiss; and

WHEREAS the Parties' proposed extension of time will not impact any other pending deadlines in this action.

THEREFORE, the Parties, by and through their respective undersigned, HEREBY STIPULATE AND AGREE to the following, which is APPROVED and so ORDERED by the Court:

1. Defendants' deadline to answer, move, or otherwise respond to the Complaint shall be extended to Monday, December 14, 2026.
2. Plaintiffs shall file their opposition(s) to any motion(s) to dismiss made by the Defendants on or before Friday, January 29, 2027.
3. Defendants shall file replies in support of any motion(s) to dismiss on or before Friday, February 19, 2027.
4. This stipulation may be executed in counterparts, each of which shall be deemed an original and all of which taken together shall collectively constitute one and the same document.

Dated: November 25, 2026

**COZEN O'CONNOR**

By: /s/ Jonathan M. Ciriello

Jonathan M. Ciriello (Conn. Bar. No. 31551)
Michael J. Miller (*pro hac vice*)
Gregory J. Star (*pro hac vice*)
Stephen A. Miller (*pro hac vice*)
Nicolas A. Novy (*pro hac vice*)

1650 Market Street, Suite 2800
Philadelphia, PA 19103
215-665-2000 (phone)
jciriello@cozen.com
mjmiller@cozen.com
gstar@cozen.com
samiller@cozen.com
nnovy@cozen.com

Karen D. Williams (*pro hac vice*)
Samantha R. Stratford (*pro hac vice*)
Joseph Simpson (*pro hac vice*)
2001 M Street NW, Suite 500
Washington, DC 20036
202-918-4200 (phone)
kwilliams@cozen.com
sstratford@cozen.com
josephsimpson@cozen.com

*Attorneys for Plaintiffs*

**NATALE & WOLINETZ**

By: /s/ James G. Green, Jr.

James G. Green, Jr. (Conn. Bar No. 05961)
David W. Case (Conn. Bar No. 25895)
116 Oak Street
Glastonbury, CT 06033
Telephone: (860) 430-1802
Fax: (860) 430-1809
Email: jgreen@natalelawfirm.com
Email: dcase@natalelawfirm.com

*Attorneys for Nassau Financial Group, L.P. and Nassau Insurance Group Holdings, L.P.*

**McDOWELL HETHERINGTON LLP**

Thomas F.A. Hetherington (*pro hac vice* forthcoming)
Jarrett E. Ganer (*pro hac vice* forthcoming)
Randy J. Duncan (*pro hac vice* forthcoming)
1001 Fannin Street, Suite 2400
Houston, TX 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
Email: tom.hetherington@mhllp.com
Email: jarrett.ganer@mhllp.com
Email: randy.duncan@mhllp.com

*Attorneys for Defendants Nassau Financial Group, L.P. and Nassau Insurance Group Holdings, L.P.*

**HURWITZ SAGARIN & SLOSSBERG, LLC**

By: /s/ David A. Slossberg
David A. Slossberg [ct13116]
Erica O. Nolan [ct31097]
135 Broad Street
Milford, CT 06460
Tel: 203-877-8000
dslossberg@hss.law
enolan@hss.law

*Attorneys for Defendant Golden Gate Private Equity, Inc.*

**KOBRE & KIM LLP**

Danielle L. Rose (*pro hac vice* forthcoming)
Adam M. Lavine (*pro hac vice* forthcoming)
800 Third Avenue
New York, NY 10022
Telephone: (212) 488-1200
Email: danielle.rose@kobrekim.com
Email: adam.lavine@kobrekim.com

*Attorneys for Defendant Golden Gate Private Equity, Inc.*